IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(WESTERN DIVISION)

| | | |
|---|---|---|
| ASHLEY N. SEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action Number |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | 7:12-cv-00999-TMP |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Ashley Sewell, ("Plaintiff"), by and through her undersigned counsel of record, files this Notice of Settlement with Capital One Bank (USA), N.A. ("Capital One"). Plaintiff's Motion for Dismissal With Prejudice will be forthcoming after Plaintiff and Capital One execute the settlement papers.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone:  205-747-1907
Facsimile:  205-930-9054
Email:  madkins@bhflegal.com

## Certificate of Service

I hereby certify that on the 10th day of December 2012 I served the foregoing document by filing the same with the CM/ECF electronic filing system which will serve the same on all counsel of record.

<b><u>s/ Micah S. Adkins</u></b><br>
Of Counsel