# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| ASHLEY N. SEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 7:12-cv-00999-TMP |
| ) | |
| CAPITAL ONE BANK (USA), N.A., et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Plaintiff has filed a motion to dismiss defendant Capital One Bank (USA), N.A. (hereafter "Capital One") from this lawsuit with prejudice. (Doc. 49). As grounds therefor, plaintiff states that all issues between her and Capital One have been settled and resolved. While ordinarily the parties should file a joint stipulation of dismissal, counsel for Capital One has alerted the court by telephone that they have no objection to the motion. Therefore, plaintiff's motion to dismiss is hereby GRANTED, and the court hereby ORDERS that all claims against defendant Capital One be DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE and ORDERED this 15th day of March, 2013.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE